# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kenneth Hammond ,

       Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-338

Alvin Keller,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

                                                     Signed: November 29, 2011

                                                     Frank G. Johns, Clerk
                                                     United States District Court